Talese, Appellant, *v.* Daniels et al.

Argued September 14, 1971. *E. Feiner,* with him *Aloysius J. Staud, Andrew Cantor,* and *Wesler, Pearlstine, Talone & Gerber,* for appellant; *Arthur R. Tilson* and *John C. Bonner,* with them *Timoney, Knox, Avrigian & Hasson,* and *McTighe, Koch, Brown & Weiss,* for appellees.

Judgment affirmed.